UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                Case No. 11-CR-20148

v.

                                HON. GEORGE CARAM STEEH

ARMANDO DAVILA, et al.,

        Defendants.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (#38)

On October 12, 2011, defendant Armando Davila filed a motion to suppress evidence relating to the seizure of himself and the vehicle he was driving on March 6, 2009. The matter was fully briefed and the court held a hearing on December 7, 2011. Counsel for the parties appeared and argued at the hearing and evidence was presented. For the reasons stated on the record, defendant's motion to suppress evidence is denied.

IT IS SO ORDERED.

Dated: December 7, 2011

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 7, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk