UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 11-20148
HON. GEORGE CARAM STEEH

D-3 ARMANDO DAVILA,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RELEASE ON BOND PENDING SENTENCE DOC. #46

Defendant's motion for release pending sentencing has been reviewed and considered by the court along with the government's opposition and the recommendation of pre-trial services. Given the defendant's substance abuse history and substantial history of violence, he is unable to demonstrate by clear and convincing evidence that he would not endanger others in the community if released.

Accordingly, defendant's motion for release is hereby DENIED.

IT IS SO ORDERED.

Dated: March 12, 2012

    S/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 12, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk